# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE:  Clark, Ada G | ) | Case No.  09 B 01982 |
| | ) | Judge Timothy A. Barnes |
| | | Date   08/20/12 |

Debtor Attorney:

Geraci Law L.L.C.
55 E Monroe St Ste 3400
Chicago, IL  60603

Ada G. Clark
2211 E 67th St Apt #2
Chicago, IL  60649

Mail

Mail

# Notice of Payment of Final Mortgage Cure Amount

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Marilyn O. Marshall, files this Notice of Final Cure Payment.  The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:**  BAC Home Loan Servicing LP

---

**Final Cure Amount**

| Court Claim # | Account # | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 1 | 7634 COC | $ 10,092.19 | $ 10,092.19 | $ 10,092.19 |

| | |
|---|---|
| Total Amount Paid by Trustee | $ 10,092.19 |

---

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

_____ Through the Chapter 13 Conduit     __X__ Direct by the Debtor(s)

---

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s)' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim; and 2) whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement.  The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 20th day of August, 2012.


08/20/12                                                /s/ Rosalind Lanier
Date                                                        Marilyn O. Marshall
                                                           Chapter 13 Trustee
                                                           Office of the Chapter 13 Trustee
                                                           Suite 800
                                                           224 South Michigan Avenue
                                                           Chicago, IL  60604-2500


Debtor                                                US Trustee
Ada G. Clark                                          Patrick S. Layng
2211 E 67th St Apt #2                                 Office of the United States Trustee
Chicago, IL  60649                                    Dirksen Federal Court House
                                                      219 S Dearborn St Rm 873
                                                      Chicago, IL 60604


                                                      Claim Holder
                                                      BAC Home Loan Servicing LP
                                                      Mail Stop TX2 982 03 03
                                                      7105 Corporate Dr
                                                      Plano, TX  75024


Debtor Attorney                                       Attorney for Claim Holder
Geraci Law L.L.C.                                     C/O BAC Home Loan Servicing LP
55 E Monroe St Ste 3400                               Mail Stop TX2 982 03 03
Chicago, IL  60603                                    7105 Corporate Dr
                                                      Plano, TX  75024